UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM OTIS JAMES BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-00965-LSC-HNJ |
| JOHN SAMANIEGO, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The magistrate judge entered a report on February 16, 2018, recommending the following claims be referred back to the magistrate judge for further proceedings: (1) the Fourteenth Amendment procedural due process claims against defendants Goode, Gentry, Woods, Hood, and Samaniego regarding the plaintiff's October 2016, disciplinary action; and (2) the Fourteenth Amendment procedural due process claims against Sgt. John Doe and Samaniego regarding the plaintiff's December 2016, disciplinary action. (Doc. 14 at 13-14). The magistrate judge further recommended the plaintiff's remaining claims against Goode, Gentry, Woods, Hood, Sgt. John Doe, and Samaniego be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (*Id.*). Although the magistrate judge advised the plaintiff of

his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all claims against all defendants in this action -- except (1) the Fourteenth Amendment procedural due process claims against defendants Goode, Gentry, Woods, Hood, and Samaniego regarding the plaintiff's October 2016, disciplinary action, and (2) the Fourteenth Amendment procedural due process claims against Sgt. John Doe and Samaniego regarding the plaintiff's December 2016, disciplinary action -- are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the remaining claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE** AND **ORDERED** ON MARCH 21, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704