FILED
2019 Jan-04 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM OTIS JAMES BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-00965-LSC-HNJ |
| JOHN SAMANIEGO, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 30, 2018, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 38). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** AND **ORDERED** ON JANUARY 4, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704